# EXHIBIT B



Home | About | Contact Us

# *Rykies, LLC*

## E-Commerce Specialists

From market research, to product sourcing, to branding, to order fulfillment, we can help get your product in front of millions of customers.

**Learn more**



## Address

2885 Sanford Ave SW #25547
Grandville, MI 49418
United States

## About Us

Rykies, LLC (pronounced "rye-keys") is a retailer, formed to meet the growing needs of online consumers...Learn more...

## Contact

Whether you're a supplier, investor, customer, or simply want to find out more, please visit the contact us page to get in touch.

© 2016 Rykies, LLC

↑

Terms | Privacy

Case 0:16-cv-60370-JIC   Document 1-4   Entered on FLSD Docket 02/25/2016   Page 4 of 6



Home | About | Contact Us

Home › About

## Address

2885 Sanford Ave SW #25547
Grandville, MI 49418
United States

# About



Rykies, LLC (pronounced "rye-keys") was formed to meet the growing needs of online consumers. From sourcing the best value-for-money products, to brand building and marketing, to order fulfillment, the company strives to provide the best possible service throughout the supply chain.

## Mission Statement

The company's goal is simple.

> *Create brands that customers will learn to associate with quality, value for money and customer service excellence.*

Case 0:16-cv-60370-JIC   Document 1-4   Entered on FLSD Docket 02/25/2016   Page 6 of 6

## Products & Services



SureGuard is premium brand of protective bedding, designed to keep mattresses and pillows free from liquids, dust mites, stains and spills. Thanks to its superior quality and customer service, it is now one of the best-selling and top-rated mattress protector and pillow protector brands on Amazon.com. Learn more at the official SureGuard website.

## Contact Us

For more information, please visit our contact us page.

© 2016 Rykies, LLC

↑

Terms | Privacy