# EXHIBIT C



(209) 878-7320
info@sureguardmattress.com

# SureGuard Mattress Encasements

Keep your mattress looking like new with a SureGuard Mattress Encasement – the ultimate protection for any bed!

**Available in the following sizes and depths:**

Crib – 28″ x 52″ (fits 6-8 inches deep)

Twin – 39″ x 75″

Twin XL – 39″ x 80″

Full – 54″ x 75″

Full XL – 54″ x 80″

Queen – 60″ x 80″

King – 78″ x 80″

Cal King – 72″ x 84″

All sizes (except for Crib) are available in the following depths: 6-8″, 9-12″, 13-16″, 17-20″ deep.

This ensures a perfect, snug fit for any mattress.



**100% Waterproof**

SureGuard Encasements provide six-sided premium protection against sweat, urine, liquids and stains – keeping your mattress fresh and clean.

For frequent accidents, place a SureGuard Mattress Protector over the encasement. The protector's fitted sheet design will make clean-ups far easier, without having to remove the encasement each time.

**Bed Bug Proof**

The super fine zipper with Invisi-Zip and SureSeal technology completely seals off your mattress from bed bugs – both entry and exit proof.

For total protection, buy together with SureGuard Pillow Protectors and a Box Spring Encasement.



**Complete Allergy Relief**

Nothing can penetrate this mattress cover, not even dust mites, pollen, pet dander, mildew or mold. It is an absolute must for asthma, eczema and allergy sufferers.

**Soft and Noiseless**

The light-weight 100% cotton terry top surface wicks away moisture, creating a soft comfortable sleep space, without changing the feel of your mattress.

**Breathable and Cool**

The advanced membrane backing blocks liquids, while allowing air and heat to flow through – keeping your bed cool and dry all night long.





The encasement is perfect for any type of mattress, even memory foam, where it allows your body heat to flow through and activate the foam's contouring properties.

**NOTE:** If you have a heated mattress pad on the bed, it is better to place the encasement UNDER the pad. If the encasement is placed OVER the pad, the high direct heat may damage the waterproof backing.



**Easy to Clean**

Machine wash with cool water. Tumble dry on a low heat or air dry. Do not bleach, iron or dry clean.

**Superior Quality**

Each zippered mattress protector is made with the finest materials and put through rigorous quality checks to ensure it protects your mattress, wash after wash. For best results, please follow the care instructions.

SureGuard Mattress Encasements contain no Vinyl, PVC, Phthalates or fire retardants, making our products breathable, odorless and free from toxic chemicals.



**Money-Back Guarantee**

When you buy a SureGuard Mattress Encasement, you have a full 30 days to try it risk-free. If it does not live up to your expectations, simply return it for a full refund (less shipping costs).

In addition, all SureGuard products come with a 10-year full replacement warranty.

**Rest Assured with a SureGuard Mattress Encasement.**







(209) 878-7320

info@sureguardmattress.com

## SureGuard Box Spring Encasements



Keep your box spring looking like new with a SureGuard Box Spring Encasement – the perfect protection for any box-spring!

**Available in the following sizes:**

Twin – 39″ x 75″

Twin XL – 39″ x 80″

Full – 54″ x 75″

Full XL – 54″ x 80″

Queen – 60″ x 80″

King – 39″ x 80″ x 2 PCS

Cal King – 36″ x 84″ x 2 PCS

All sizes fit 8-11 inches deep.

**100% Waterproof**
SureGuard Encasements provide six-sided premium protection against liquids and stains – keeping your box-spring clean and fresh.



**Bed Bug Proof**

The super fine zipper with Invisi-Zip and SureSeal technology completely seals off your box spring from bed bugs – both entry and exit proof.

For total protection, buy together with SureGuard Pillow Protectors and a Mattress Encasement.

**Complete Allergy Relief**

Nothing can penetrate this box spring cover, not even dust mites, pollen, pet dander, mildew or mold. It is an absolute must for asthma, eczema and allergy sufferers.

**Soft and Noiseless**

The smooth light-weight stretch-knit surface hugs to your box-spring like a glove, ensuring a nice snug fit.

**Simple to Install**

Each package comes with step-by-step instructions and free adhesive felt pads to cover any sharp edges on your bed frame.

**Easy to Clean**

For minor spills and stains, you can simply wipe down the cover with a damp cloth, without having to remove it.



In all other cases, remove the cover from your box spring before cleaning.

Machine wash with cool water. Tumble dry on a low heat or air dry. Do not bleach, iron or dry clean.

**Superior Quality**

Each zippered box spring cover is made with the finest materials and expert workmanship to ensure it protects your box spring, wash after wash.

For best results, please follow the care instructions.

SureGuard Box Spring Encasements contain no Vinyl, PVC, Phthalates or fire retardants, making our products breathable, odorless and free from toxic chemicals.



**Money-Back Guarantee**

When you buy a SureGuard Box Spring Encasement, you have a full 30 days to try it risk-free. If it does not live up to your expectations, simply return it for a full refund (less shipping costs).

In addition, all SureGuard products come with a 10-year full replacement warranty.



*Rest Assured with a SureGuard Box Spring Encasement.*



