# EXHIBIT E



**Malloy & Malloy, P.L.**

"Since 1959"
Registered Patent Attorneys
Trial and Appellate Counsel
Internet. malloylaw.com

Patent, Trademark & Copyright Law

**Miami Office**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000
Facsimile (305) 858-0008

**Ft. Lauderdale Office**
2101 West Commercial Blvd.
Reply to: Miami Office
Broward  (954) 525-9611
Florida    (877) 616-2471

November 12, 2015

<u>VIA CERTIFIED MAIL & EMAIL</u>

Rykies, LLC
2885 Sanford Avenue SW, #25547
Grandville, Michigan 49418

Re:  SafeRest, LLC –
     Infringement of U.S. Design Patent No. D673,414
     Our Ref.: 6723.7018.15

Dear Sir/Madam:

This law firm represents SafeRest, LLC ("SafeRest") in connection with its intellectual property matters.

SafeRest is the manufacturer of a well-known line of bedding protection products, including its highly successful mattress protectors featuring its patented ornamental design of a zipper cover for a mattress enclosure, as shown in U.S. Design Patent No. D673,414.

It has come to our attention that Rykies, LLC ("Rykies"), has been selling its SureGaurd Mattress Protector products via its internet website at sureguardmattress.com, as well as on amazon.com. We are writing today to notify you that Rykies' SureGaurd Mattress Protector products are covered by our client's aforementioned patent. A copy of U.S. Design Patent No. D673,414, along with printouts from the referenced websites, as well as photographs of your SureGaurd Mattress Protector are attached for your reference.

Accordingly, we demand that Rykies:

i)  immediately cease and permanently desist from all further production, import, advertising, sale and/or promotion of the SureGaurd Mattress Protector products, and any other bedding protection product which incorporates SafeRest's patented design;

November 12, 2015
Page 2

    ii) provide a complete accounting of its SureGaurd Mattress Protector products, including the total number of units manufactured to date, the total number of unit sold to date, and the sales price(s) for the units sold to date; and

    iii) provide written notice of compliance with item (i) to our office within thirty days.

Should you fail to fully comply and continue to act in disregard of our client's intellectual property rights, our client shall have no choice but to pursue legal action, and will seek treble damages and attorneys' fees based on Rykies' willful infringement.

We must receive your complete accounting and your written acknowledgement confirming your compliance no later than **December 12, 2015** in order to avoid further action.

                                                       John Fulton, Jr.
                                                       For the Firm

Attachments

JF/mr
f:\mm docs\7-gen\gen 2015\7018-15 saferest llc\corr-opp\rykies llc 01 – draft.doc

US00D673414S

| (12) United States Design Patent  Sanders | (10) Patent No.: **US D673,414 S** |
|---|---|
| | (45) Date of Patent: ** **Jan. 1, 2013** |

(54) **ZIPPER COVER FOR A MATTRESS ENCLOSURE**

(76) Inventor: **Mark Sanders**, Tamarac, FL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/409,566**

(22) Filed: **Dec. 24, 2011**

**Related U.S. Application Data**

(63) Continuation of application No. 13/279,130, filed on Oct. 21, 2011.

(51) **LOC (9) Cl.** .................................................. **06-06**
(52) **U.S. Cl.** ...................................................... **D6/606**
(58) **Field of Classification Search** ................... D6/605, D6/606, 595, 596, 607; 2/219, 235, 912; D24/126; 24/390, 389, 442, 306; D11/200, D11/201; 5/738, 699, 482, 488, 499, 501; 248/205.2

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,937,920 | A | * | 7/1990 | Tsai ................................. 24/3.3 |
| 5,170,505 | A | * | 12/1992 | Rohrer ............................. 2/69 |
| 5,692,240 | A | * | 12/1997 | Steele .............................. 2/129 |
| D624,847 | S | * | 10/2010 | Czyzewski ...................... D11/165 |
| 2012/0084918 | A1 | * | 4/2012 | Rattner et al. .................. 5/499 |
| 2012/0117728 | A1 | * | 5/2012 | O'Neill ........................... 5/499 |

* cited by examiner

*Primary Examiner* — Janice Seeger
(74) *Attorney, Agent, or Firm* — Michael D. Eisenberg

(57) **CLAIM**

The ornamental design for a zipper cover for a mattress enclosure, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a zipper cover for a mattress enclosure;
FIG. **2** is a top view of the zipper construction;
FIG. **3** is a bottom view of the zipper construction;
FIG. **4** is a bottom perspective view of the zipper construction;
FIG. **5** is a top view of the zipper construction with the cover closed;
FIG. **6** is a perspective view of the zipper construction with the cover closed;
FIG. **7** is a left side view of the zipper construction;
FIG. **8** is a right side view of the zipper construction;
FIG. **9** is a front view of the zipper construction; and,
FIG. **10** is a rear view of the zipper construction.
The broken lines depict unclaimed environmental subject matter.

**1 Claim, 6 Drawing Sheets**



**U.S. Patent**   Jan. 1, 2013   Sheet 1 of 6   US D673,414 S



FIG. 1

FIG. 2

U.S. Patent    Jan. 1, 2013    Sheet 2 of 6    US D673,414 S



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG 8.



FIG. 9



FIG. 10



Home | About | Contact Us

# Rykies, LLC

## E-Commerce Specialists

From market research, to product sourcing, to branding, to order fulfillment, we can help get your product in front of millions of customers.

**Learn more**



### Address

2885 Sanford Ave SW #25547

### About Us

Rykies, LLC (pronounced "rye-keys") is a retailer, formed to

### Contact

Whether you're a supplier, investor, customer, or simply want

|  |  |  |
|---|---|---|
| Grandville, MI 49418<br>United States | meet the growing needs of online consumers...Learn more... | to find out more, please visit the contact us page to get in touch. |

© 2015 Rykies, LLC              ↑              Terms | Privacy



(209) 878-7320
info@sureguardmattress.com





Welcome to the official website of SureGuard™ – Premium protective covers for mattresses and pillows. Our flagship SureGuard Mattress Protector is 100% waterproof and hypoallergenic. Made with a 100% cotton terry top surface, it provides soft and noiseless protection.

Each SureGuard protector is made with the finest materials and workmanship so you can rest assured knowing your bed and pillows are well protected. For superior protection, choose SureGuard. Learn more…



(209) 878-7320
info@sureguardmattress.com





Welcome to the official website of SureGuard™ – Premium protective covers for mattresses and pillows. Our flagship SureGuard Mattress Protector is 100% waterproof and hypoallergenic. Made with a 100% cotton terry top surface, it provides soft and noiseless protection.

Each SureGuard protector is made with the finest materials and workmanship so you can rest assured knowing your bed and pillows are well protected. For superior protection, choose SureGuard. Learn more…

Amazon.com: Queen Size SureGuard Mattress Protector - 100% Waterproof - Breathable Soft Cotton Terry Cover - Blocks Du... Page 1 of 9

Case 0:16-cv-60370-JIC   Document 1-7   Entered on FLSD Docket 02/25/2016   Page 15 of 19

Home & Kitchen › Bedding › Mattress Pads & Protectors › Mattress Protectors

Queen Size SureGuard Mattress Protector - 100% Waterproof - Breathable Soft Cotton Terry Cover - Blocks Dust Mites & Allergens - Superior Quality - 30 Day Return Guarantee - 10 Year Warranty

by SureGuard Mattress Protectors

1,789 customer reviews | 73 answered questions

List Price: $109.99
Price: $69.95
Sale: **$39.97** & **FREE Shipping**. Details
You Save: $70.02 (64%)

**In Stock.**
Sold by Rykies and Fulfilled by Amazon. Gift-wrap available.

Want it tomorrow, Nov. 13? Order within **3 hrs 37 mins** and choose **One-Day Shipping** at checkout. Details

Size: **Queen**

share

Qty: 1

Add to Cart

Turn on 1-Click ordering for this browser

Ship to:

- 100% Waterproof - Top protection against perspiration, bed wetting, liquids and stains; 10-year quality guarantee - For six-sided protection, buy a SureGuard Mattress Encasement.
- Hypoallergenic - Blocks dust mites, allergens, bacteria, mildew and mold - For ultimate allergy relief, buy together with SureGuard Pillow Protectors.
- Soft & Noiseless - 100% cotton terry surface; Wicks away moisture; Retains the feel of your mattress - Free from Vinyl, PVC, Phthalates, fire retardants and other toxic chemicals
- Durable & Easy to Clean - Machine wash & dry - For frequent accidents, buy 2 per bed - while one is washed, the other protects the mattress
- Queen (60 in x 80 in) - Fitted Sheet Style; Stretchable skirt fits any depth mattress

**Frequently Bought Together**

Amazon.com: Queen Size SureGuard Mattress Protector - 100% Waterproof - Breathable Soft Cotton Terry Cover - Blocks Du... Page 2 of 9

Case 0:16-cv-60370-JIC   Document 1-7   Entered on FLSD Docket 02/25/2016   Page 16 of 19



Total price: $66.94

Add both to Cart

Add both to Wish List

☑ **This item:** Queen Size SureGuard Mattress Protector - 100% Waterproof - Breathable Soft Cotton Terry Cover… $39.97

☑ Set of 2 Standard Size SureGuard Pillow Protectors - 100% Waterproof - Zippered - Breathable Soft… $26.97

## Customers Who Bought This Item Also Bought







Set of 2 Standard Size SureGuard Pillow Protectors - 100% Waterproof - Zippered - 295
$26.97

Queen Size Luna Premium Hypoallergenic Waterproof Mattress Protector - Made in the USA
5,593
$39.95

Queen Size SafeRest Premium Hypoallergenic Waterproof Mattress Protector - Vinyl Free
11,077
#1 Best Seller in Mattress Protectors
$29.95

Mattress Pad Cover - Fitted - Quilted - Queen (60x80") - Stretches to 20" Deep!
1,985
$20.94

Set of 2 King Size SureGuard Pillow Protectors - 100% Waterproof - Zippered - 295
$36.97

Premium Quality Bed Pad, Quilted, Waterproof, and Washable , 34" x 52" The Best Underpad Sheet
985
$16.95

## Sponsored Products Related To This Item (What's this?)









Ultra Luxe Bamboo Mattress Pad Protector Cover by Coop Home Goods - Wate...
(410)
$49.99 ($49.99/Count)

Sky Bedding Mattress Protector - Premium Terry Cotton Mattress Cover - 1...
(475)
$24.99 ($1.01/oz)

zProtector Mattress Protector - Extra Thin Waterproof Cover is Resistant...
(242)
$22.95 ($0.88/oz)

Queen Size Super Soft 100% Waterproof Mattress Bed Protector Pad - Hypoa...
(288)
$49.95

Queen Size Matthem Premium Hypoallergenic Waterproof Mattress Protector ...
(44)
$24.95

Extra Plush Bamboo Fitted Mattress Topper - Made in America - Full Pad
(2,728)
$109.99

Tempur-Pedic Mattress Protector (Queen)
(90)
$67.98

Ad feedback














