UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60370-CIV-COHN-SELTZER

SAFEREST LLC, a Florida
Limited Liability Company,

           Plaintiff,

v.

RYKIES, LLC, a Wyoming
limited liability company,

           Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AND COVENANT NOT TO SUE**

Plaintiff SAFEREST LLC ("Saferest") and Defendant RYKIES, LLC ("Rykies") (both collectively the "Parties, and each individually a "Party"), through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of this action and all claims and counterclaims made or that could have been made by the Parties in this action, subject to the following terms and conditions:

    1.    Saferest (for themselves, their respective parents, affiliates, subsidiaries, shareholders, managers, members, owners, commonly owned companies, officers, directors, employees, agents, attorneys, as well as any future legal successors, licensees and assigns) covenants not to sue Rykies for infringement of U.S. Design Patent D673,414 ("the '414 Patent") or any allowed patent claims of a current patent application, currently issued patent, or future issued design or utility patent owned, assigned to and/or licensed by Saferest directed to mattress or box spring encasements, or for infringement of any trade

1

dress or any other related claims based on Rykies' SureGuard mattress and box spring encasements as they exist at the time of filing the present action.

2. Rykies does not acknowledge the validity or enforceability of the '414 Patent.

3. Plaintiff, Saferest LLC, and Defendant, Rykies, LLC, do hereby for themselves and their respective legal successors and assigns, release and absolutely and forever discharge each other and their respective parents, affiliates, subsidiaries, shareholders, managers, members, owners, commonly owned companies, officers, directors, employees, agents, attorneys, legal successors and assigns, of and from any and all claims, demands, damages, debts, liabilities, accounts, reckonings, obligations (statutory, contractual and common law), costs, expenses, remedies, liens, actions and causes of action of every kind and nature whatsoever, which they have, own or hold at the time of the execution of this Joint Stipulation of Dismissal With Prejudice, or at any time heretofore have had, owned or held, whether known or unknown, suspected or unsuspected, directly or indirectly, against one another arising, prior to the date signed by the Parties below, from or related to the matters alleged in this action.

4. Each Party agrees to bear its own attorneys' fees and costs.

5. This Court shall retain jurisdiction to enforce the terms and condition of this Joint Stipulated Dismissal With Prejudice.

/
/
/
/

...

SO STIPULATED, this <u>1st</u> day of June, 2016.

Pursuant to the CM/ECF Administrative Procedures, Robert H. Thornburg has provided consent to John Fulton, Jr. to electronically sign this document on his behalf.

<table>
<tr><td>

s/John Fulton, Jr.
John C. Malloy, III
Fla. Bar No. 964220
jcmalloy@malloylaw.com
Oliver A. Ruiz
Fla. Bar No. 524786
oruiz@malloylaw.com
John Fulton, Jr.
Fla. Bar No. 173800
jfulton@malloylaw.com
MALLOY & MALLOY, P.L.
2800 S.W. 3rd Avenue
Miami, Florida 33129
Tel:  (305) 858-8000
Fax: (305) 858-0008

*Counsel for Plaintiff*

</td><td>

s/Robert H. Thornburg
Robert H. Thornburg
Fla. Bar No. 630839
rthornburg@addmg.com
ALLEN DYER DOPPELT MILBRATH & GILCRHIST, P.A.
1221 Brickell Avenue
Suite 2400
Miami, Florida 33131
Tel:  (305) 374-8303
Fax: (305) 374-8306

*Counsel for Defendant*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that a true and correct copy of the foregoing was served on counsel of record for Defendant Rykies, LLC listed below via transmission of a Notice of Electronic Filing generated by CM/ECF

Robert H. Thornburg
rthornburg@addmg.com
ALLEN DYER DOPPELT
MILBRATH & GILCRHIST, P.A.
1221 Brickell Avenue
Suite 2400
Miami, Florida 33131

                                                            s/John Fulton, Jr.
                                                            John Fulton, Jr.